UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lawrence T. Black,

        Plaintiff(s),             Case No. 2:12-cv-11671-GER-LJM

v.                                                          Judge Gerald E. Rosen

RSB Equity Group, LLC, et al.,           Magistrate Judge

        Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendant, __RSB Equity Group, LLC, et al.__ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on __Agent for Defendant, Dale Calomeni__ at __515 E. Crossville Rd., Building 200, Ste 250, Roswell, GA 30075__ by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: November 30, 2012

P47068
Rex Anderson, P.C.
9459 Lapeer Rd., Ste 101
Davison, MI 48423
810-653-3300
mied@rexandersonpc.com