UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lawrence T Black,<br><br>Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC, et al.,<br><br>Defendants.<br><br><br>REX C. ANDERSON, ESQ. (P47068)<br>REX ANDERSON, PC<br>Attorney for Plaintiff<br>9459 Lapeer Road Suite 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | Case No. 2:12-cv-11671-GER-LJM<br><br>NOTICE OF MOTION<br>AND MOTION FOR DEFAULT<br>JUDGMENT OF DEFENDANT |

**TO: DEFENDANT ABOVE NAMED: RSB EQUITY GROUP, LLC**

**PLEASE TAKE NOTICE** that a motion to be heard before the Honorable Gerald E. Rosen of the United States Eastern District Court of Michigan, at a time and date to be determined by the Court, the undersigned will move the Court of an Order of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Said motion will be based up on all the files, records and proceedings herein, the arguments of counsel, and upon the following Exhibits:

A. Memorandum in Support of Plaintiff's Motion for Default Judgment;

B. The Summons and Complaint;

C. Affidavit of Service for Defendant:

D. Affidavit of No Answer;

E. Affidavit of Amount Due;

F. Fully Executed Settlement Agreement and Release

G. File Costs and Expenses Summary

H. Check Number 1277, dated July 19, 2012

I. Check Number 1320, dated August 27, 2012

J. Telephone Conference notes, dated April 26, 2012

K. Correspondence concerning delinquent payments, dated September 25, 2012

Respectfully submitted,

Dated: January 9, 2013

By: _/s/ Rex Anderson_
Rex C. Anderson, Esq.
Attorney for Plaintiff
9459 Lapeer Road Suite 101
Davison, MI 48423
810-653-3300