AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 4:12-cv-11671-GER-LJM
Hon. Gerald E. Rosen

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: RSB Equity Group, LLC

Date of Service: 4-23-12

### Method of Service

__✓__ Personally served at this address: 11175 Cicero Drive Suite 100
Alpharetta, GA. 30022

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

Service Fees:  Travel $_____  Service $_____  Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: LaTonya Harper

Signature of Server: Self

Date: 4-23-12

Server's Address: P.O. Box 922531
Norcross, GA. 30010

**EXHIBIT C**