# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lawrence T Black,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:12-cv-11671-GER-LJM<br><br>**AFFIDAVIT OF NO ANSWER** |
| REX C. ANDERSON, ESQ. (P47068)<br>REX ANDERSON, PC<br>Attorney for Plaintiff<br>9459 Lapeer Road Suite 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | |

STATE OF MICHIGAN　　)
　　　　　　　　　　　) ss.
COUNTY OF GENESEE　　)

Rex C. Anderson, being first duly sworn, state as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Summons and Complaint in said action was duly served upon representative for Defendant, RSB Equity Group, LLC (hereinafter "Defendant"), on the 23 day of April, 2012.

3. The original Affidavit of Service of the Complaint is attached hereto for filing with the Court, and is designated as Exhibit C.

4. The time allowed by law to answer the complaint, specified in Plaintiff's Summons, was twenty-one (21) days from the date of service.



5.     Defendant's Answer was due by May 14, 2012, which was over ninety (90) days ago.

6.     The time for Defendant to Answer the Complaint in said action has elapsed.

7.     No Answer has been received by or served upon the Plaintiff or Plaintiff's attorneys.

I declare under the penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

Dated: January 9, 2013

By:  */s/ Rex Anderson*
Rex C. Anderson, Esq.
Attorney for Plaintiff
9459 Lapeer Road Suite 101
Davison, MI 48423
810-653-3300

2