UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lawrence T Black,<br><br>Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC, et al.,<br><br>Defendants. | Case No. 2:12-cv-11671-GER-LJM<br><br>**AFFIDAVIT OF AMOUNT DUE** |
| REX C. ANDERSON, ESQ. (P47068)<br>REX ANDERSON, PC<br>Attorney for Plaintiff<br>9459 Lapeer Road Suite 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | |

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF GENESEE   )

Rex C. Anderson, being first duly sworn, state as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. I have read the Complaint filed in this action and know the contents thereof, and that the same is true of my knowledge.

3. The complaint was served upon the corporate defendant at its principle place of business.

4. Thereafter, the owner, Roy Mullman, contacted the affiant by phone to work out settlement terms.

5. On July 3, 2012, Plaintiff and Defendant entered into a Settlement Agreement in which Defendant was to pay Plaintiff a total of $7500.00.

-1-


EXHIBIT E

-2-

6. The Settlement was to be paid to Plaintiff in a series of six monthly payments in the amount of $1,250.00 each, with a ten-day grace period for late payments.

7. As of August 27, 2012, Defendant had paid a total amount of $2,500.00 and has not made any further payments to Plaintiff.

8. The total amount now due by Defendant, RSB Equity Group, LLC, to Plaintiff, Lawrence Black, is $5,000.00, in addition to any amounts the Court deems proper for Plaintiff's remaining claims against Defendant, and collection costs to enforce said agreement, including $617.11 for costs on the above-captioned case. See attached Exhibit G.

9. The costs to collect this judgment will be 50% of what is recovered plus expenses, per local Georgia attorney Justin Holcombe.

I declare under the penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

Dated: January 9, 2013

By: _/s/ Rex Anderson_
Rex C. Anderson, Esq.
Attorney for Plaintiff
9459 Lapeer Road Suite 101
Davison, MI 48423
810-653-3300