# Rex Anderson, PC

*THE ConsumerAdvocate*

| Client Expenses Form | |
| --- | --- |
| Client Name: | Black |
| Date: | 4/13/2012 |
| **Total Costs and expenses to date:** | **$617.11** |

Notes: {place any relevant information on the case, parties, etc below}

Copies = $0.25 each

**Expenses and costs related to case**

| Item # | Date | Item Description | Quantity | Cost per item (dollar amount) | Total Costs and Expenses for file |
| --- | --- | --- | --- | --- | --- |
| 1 | 4/13/2012 | Complaint Filing Fee | 1 | 350.00 | 350.00 |
| 2 | 4/16/2012 | Certified Mailing of S & C to Registered Agent | 1 | 7.11 | 7.11 |
| 3 | 5/10/2012 | Invoice #1012 - Dudley Brown, Process Server | 1 | 260.00 | 260.00 |
| 4 | | | | | 0.00 |
| 5 | | | | | 0.00 |
| 6 | | | | | 0.00 |
| 7 | | | | | 0.00 |
| 8 | | | | | 0.00 |
| 9 | | | | | 0.00 |
| 10 | | | | | 0.00 |
| 11 | | | | | 0.00 |
| 12 | | | | | 0.00 |
| 13 | | | | | 0.00 |

*Template author: Eric Yeaster*
*Template revision date: 7/10/07*

EXHIBIT

G