## Law Offices of Rex Anderson, PC
### Rex Anderson PC
### Phone Call Details

*Printed by: Rex C Anderson*

| | |
|---|---|
| **Date:** | Apr 26/12 |
| **Time:** | 5:01 PM |
| **To:** | Roy Mullman - (404) 246-4576 - Cell |
| **From:** | Rex C Anderson |
| **Associated File(s):** | Black, Lawrence Vs. RSB Equity Group, LLC (4:12-cv-11671-GER-LJM) - BLACKL/BLACKL |
| **Call Summary:** | Claimed he would make us spend money to get empty judgment. that he knows how to get judgment proof. he calmed down a bit when I started joking with him and telling him there was no reason why two adults could not work something out. I will email voice to him next week. |
| **Duration:** | 0:46:43 |
| **Status:** | Spoke |
| **Outstanding:** | |
| **Dealt With:** | Yes |

file:///C:/Users/randerson/AppData/Local/Temp/_preview.htm


EXHIBIT J