

Rex Anderson< rex@rexandersonpc.net>

## RSB Equity Group
4 messages

**Roy Mullman** < roy@rsbequitygroup.com>      Tue, Sep 25, 2012 at 5:16 PM
To: Rex Anderson <rex@rexandersonpc.net>

Rex sorry I missed ur call, did u get check

---

**Rex Anderson**< rex@rexandersonpc.net>      Thu, Sep 27, 2012 at 1:37 PM
To: Kellye IMAP <kellye@rexandersonpc.com>

when was the last check we received from roy - keep calling
[Quoted text hidden]

--
Rex C. Anderson
Law Offices of Rex Anderson PC
9459 Lapeer Rd  Ste 101
Davison, MI 48423
Phone: (810) 653-3300; Fax: (866) 813-4195
Email:   Rex@rexandersonpc.net
Website:  www.rexandersonpc.com

Sign up for Your Free Legal News Letter: http://www.rexandersonpc.com/rca-newsletter-signup/

E-mail Disclaimer
NOTICE: If you have received an e-mail from the Law Offices of Rex C. Anderson, PC, the e-mail message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of the message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received a message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

---

**Kellye Smith**< kellye@rexandersonpc.com>      Thu, Sep 27, 2012 at 2:10 PM
To: Rex Anderson <rex@rexandersonpc.net>

The last payment was dated August 27, 2012. I have called RSB almost every day since the 11th of this month, but Mr. Mullman does not answer his phone and his mailbox is full so I cannot leave a message. I will continue calling.

Cordially,



EXHIBIT K

*Kellye S. Smith*

Legal Assistant to Rex C. Anderson

9459 Lapeer Rd., Suite 101

Davison, MI 48423

(810) 653-3300

NOTICE: If you have received an e-mail from the Law Offices of Rex C. Anderson, PC, the e-mail message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of the message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received a message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

**From:** Rex Anderson [mailto:rex@rexandersonpc.net]
**Sent:** Thursday, September 27, 2012 1:37 PM
**To:** Kellye IMAP
**Subject:** Fwd: RSB Equity Group

[Quoted text hidden]

---

**Rex Anderson** < rex@rexandersonpc.net>                              Thu, Sep 27, 2012 at 4:41 PM
To: Roy Mullman <roy@rsbequitygroup.com>, Kellye IMAP <kellye@rexandersonpc.com>

Hello Roy, Last check we received was AUGUST 27. Did you send another?

On Tue, Sep 25, 2012 at 5:16 PM, Roy Mullman <roy@rsbequitygroup.com> wrote:
> Rex sorry I missed ur call, did u get check

[Quoted text hidden]