# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lawrence T Black,<br><br>       Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC, et al.,<br><br>       Defendants.<br><br>REX C. ANDERSON, ESQ. (P47068)<br>REX ANDERSON, PC<br>Attorney for Plaintiff<br>9459 Lapeer Road Suite 101<br>Davison, MI 48423<br>810-653-3300<br>mied@rexandersonpc.com | Case No. 2:12-cv-11671-GER-LJM<br><br>**PROPOSED ORDER** |

The above-referenced matter came before the Honorable Judge Gerald E. Rosen on the ___ day of _____, 2013, for hearing on Plaintiff's Motion for Default Judgment against Defendant RSB Equity Group, LLC.

Rex C. Anderson, Esq. appeared on behalf of the Plaintiff.

The Court having heard the arguments of counsel, being fully advised of the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion for Default Judgment against Defendant, in the amount of $5,000.00 is hereby **GRANTED.**

2. Costs are awarded in the amount of $617.11.

3. Estimated cost of collection shall be added to this judgment, in the amount of $5,500.00, for a total judgment amount of $11,117.11.

Dated: _____.

                                                                                  Honorable Judge Gerald E. Rosen
                                                                                  United States District Court